COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                 FORT
WORTH

 

 

                                        NO.
2-09-026-CR

 

 

CHRIS CRAVEN                                                                   APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

        FROM CRIMINAL
DISTRICT COURT NO. 1 OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------

Pursuant to a plea bargain, the trial court
convicted Appellant Chris Craven upon his plea of guilty to the offense of
theft of property worth $1,500B$20,000
and sentenced him to one year=s
confinement in a state jail facility. 
Appellant filed a timely notice of appeal.








The trial court=s
certification states that this is a plea-bargained case, that Appellant has no
right to appeal, and that he has waived the right of appeal.  Accordingly, we informed Appellant=s
counsel by letter on February 4, 2009, that this appeal was subject to
dismissal unless Appellant or any party showed grounds for continuing it on or
before February 16, 2009.[2]  The response does not show grounds for
continuing the appeal.  We therefore
dismiss this appeal.[3]

 

PER CURIAM

 

PANEL:  DAUPHINOT, GARDNER, and
WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  March 12, 2009











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P.
25.2(a)(2), (d).





[3]See Tex. R. App. P. 25.2(d),
43.2(f).